■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v STEVEN TARANTINO, Respondent. [899 NYS2d 723]—Appeal from an order of the Wyoming County Court (Mark H. Dadd, J.), dated November 26, 2008. The order reduced the first count of the indictment.

It is hereby ordered that the order so appealed from is

unanimously affirmed. Present—Scudder, P.J., Martoche, Lindley, Green and Gorski, JJ.